106 A.3d 481

IN THE MATTER OF DONALD J. GRASSO, AN ATTORNEY AT LAW (ATTORNEY NO. 277791972).

January 23, 2015.

## ORDER

This matter having been duly presented, it is ORDERED that **DONALD J. GRASSO,** formerly of **BRICK,** who was admitted to the bar of this State in 1972, and who was suspended from the practice of law for a period of two years effective May 10, 2012, by

Order of this Court filed December 12, 2014, be restored to the practice of law, effective immediately.